**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| (1) LONDON PRESTON PROPERTIES, LLC,<br><br>        Plaintiff,<br><br>vs.<br><br>(1) ACE FIRE UNDERWRITERS INSURANCE COMPANY,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Case No.<br>)<br>)<br>)<br>)<br>) |

**<u>NOTICE OF REMOVAL</u>**

1.      ACE Fire Underwriters Insurance Company ("ACE Fire") is Defendant in a civil action brought against it in the District Court of Oklahoma County, State of Oklahoma, on March 24, 2026, and titled *London Preston Properties, LLC v. ACE Fire Underwriters Insurance Company*, Case No. CJ-2026-2154.

2.      Upon information and belief, at the time of the filing of this action and at the present time, Plaintiff London Preston Properties, LLC was and is a resident and citizen of the State of Oklahoma as all of its members are residents of the State of Oklahoma.

3.      At the time of the filing of this action and at the present time, ACE Fire was and is a corporation, duly organized and existing under the laws of the State of Pennsylvania, with its principal place of business in Pennsylvania.

4.      As to the amount in controversy, in its Petition filed March 24, 2026, Plaintiff claims "[a]s a result of ACE's breach of contract, Plaintiff has been damaged in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of attorneys' fees, costs, and all interest allowed by law," "as a result of ACE's conduct, the Plaintiff[] ha[s]

sustained financial losses and ha[s] been damaged in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00), exclusive of attorneys' fees, costs, and all interest allowed by law," and "[a]ctual and punitive damages each in an amount in excess of Seventy-Five Thousand Dollars ($75,000.00)." Petition, p. 4, ¶ 22, p. 6, ¶ 35, p. 7. Ex. 2. These claims in combination with the failure to expressly plead damages of less than $75,000 satisfy the requirements of 28 U.S.C. § 1332.

5. This is the kind of action of which the United States District Courts have original jurisdiction because of diversity of citizenship and sufficiency of amount in controversy.

6. Plaintiff filed an Affidavit of Service by Certified Mail indicating the Oklahoma Insurance Department was served with the Summons and Petition on March 26, 2026, but that Summons and Petition were not mailed to ACE Fire until March 30, 2026 and was not received by ACE Fire at its place for receipt of service until April 15, 2026, Ex. 5. This Notice of Removal is, therefore, timely under the provisions of 28 U.S.C. § 1446(b).

7. A copy of the docket sheet and copies of all process, pleadings and orders served upon ACE Fire in the aforementioned state action are attached hereto, marked as Exhibits 1-4 and made a part hereof.

Respectfully submitted,

/s/ *Timila S. Rother*
TIMILA S. ROTHER, OBA #14310
**CROWE DUNLEVY**
Braniff Building
324 North Robinson Avenue, Suite 100

2

Oklahoma City, Oklahoma 73102
(405) 235-7700
timila.rother@crowedunlevy.com

**ATTORNEY FOR DEFENDANT**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 30, 2026, I electronically transmitted the foregoing document to the Court Clerk using the ECF system of filing, which will transmit a Notice of Electronic Filing to the following ECF registrant:

**Jacquelyn L. Dill**                     jdill@dilllawfirm.com

**Patrick C. McGinnis**              pmcginnis@cwilsonlaw.com

I further certify that, a true and correct copy of this Notice of Removal was sent to the Oklahoma County Court Clerk for filing.

*/s/ Timila S. Rother*
Timila S. Rother

3

6246973