# Exhibit 1

**OKLAHOMA
STATE
COURTS
NETWORK**

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

## IN THE DISTRICT COURT IN AND FOR <u>OKLAHOMA COUNTY</u>, OKLAHOMA

| | |
|---|---|
| London Preston Properties, LLC,<br>        Plaintiff,<br>v.<br>ACE Fire Underwriters Insurance Company,<br>        Defendant. | **No. CJ-2026-2154**<br>**(Civil relief more than $10,000: BREACH OF AGREEMENT - CONTRACT)**<br><br>Filed: 03/24/2026<br><br><br>Judge: Bonner, Anthony L. |

# PARTIES

ACE Fire Underwriters Insurance Company, Defendant
London Preston Properties, LLC, Plaintiff

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| DILL,  JACQUELYN  L (Bar #19955)<br>THE DILL LAW FIRM P.C.<br>4801 GAILLARDIA PARKWAY, SUITE 300<br>OKLAHOMA CITY, OK 73142 | London Preston Properties, LLC, |
| Mcginnis,  Patrick  C. (Bar #32561)<br>455 E MEDICAL CENTER BLVD, STE 555<br>WEBSTER, TX 77598 | London Preston Properties, LLC, |

# EVENTS

Get Text Reminders

None

# ISSUES

For cases filed before 1/1/2000, ancillary issues may not appear except in the docket.

**Issue # 1.**     Issue: BREACH OF AGREEMENT - CONTRACT (CONTRACT)
Filed By: London Preston Properties, LLC
Filed Date: 03/24/2026

| Party Name | Disposition Information |
|---|---|
| | Pending. |

# DOCKET

| Date | Code | Description | | Amount |
|---|---|---|---|---|
| 03-24-2026 | [ TEXT ] | | #1 | |
| | | CIVIL RELIEF MORE THAN $10,000 INITIAL FILING. | | |
| 03-24-2026 | [ CONTRACT ] | | | |
| | | BREACH OF AGREEMENT - CONTRACT | | |
| 03-24-2026 | [ DMFE ] | | | $ 7.00 |
| | | DISPUTE MEDIATION FEE | | |
| 03-24-2026 | [ PFE1 ] | | | $ 163.00 |
| | | PETITION | | |
| 03-24-2026 | [ PFE7 ] | | | $ 6.00 |
| | | LAW LIBRARY FEE | | |
| 03-24-2026 | [ OCISR ] | | | $ 25.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM REVOLVING FUND | | |
| 03-24-2026 | [ OCJC ] | | | $ 1.55 |
| | | OKLAHOMA COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | | |
| 03-24-2026 | [ OCASA ] | | | $ 10.00 |
| | | OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES | | |
| 03-24-2026 | [ SSFCHSCPC ] | | | $ 10.00 |
| | | SHERIFF'S SERVICE FEE FOR COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| 03-24-2026 | [ CCADMINCSF ] | | | $ 1.00 |
| | | COURT CLERK ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| 03-24-2026 | [ CCADMIN0155 ] | | | $ 0.16 |
| | | COURT CLERK ADMINISTRATIVE FEE ON $1.55 COLLECTION | | |
| 03-24-2026 | [ SJFIS ] | | | $ 0.45 |
| | | STATE JUDICIAL REVOLVING FUND - INTERPRETER AND TRANSLATOR SERVICES | | |
| 03-24-2026 | [ DCADMIN155 ] | | | $ 0.23 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON $1.55 COLLECTIONS | | |
| 03-24-2026 | [ DCADMINCSF ] | | | $ 1.50 |
| | | DISTRICT COURT ADMINISTRATIVE FEE ON COURTHOUSE SECURITY PER BOARD OF COUNTY COMMISSIONER | | |
| 03-24-2026 | [ CCRMPF ] | | | $ 10.00 |
| | | COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE | | |

**03-24-2026  [ DCADMIN10 ]**  $ 1.50

DISTRICT COURT ADMIN FEE FOR $10 COLLECTION

**03-24-2026  [ CCADMIN10 ]**  $ 1.00

COURT CLERK ADMIN FEE FOR $10 COLLECTION

**03-24-2026  [ LTF ]**  $ 10.00

LENGTHY TRIAL FUND

**03-24-2026  [ SMF ]**  $ 10.00

SUMMONS FEE (CLERKS FEE)

**03-24-2026  [ P ]**

PETITION
Document Available (#1064917418) TIFF    PDF

**03-24-2026  [ EAA ]**

ENTRY OF APPEARANCE - JACQUELYN DILL AS ATTORNEY FOR PLAINTIFF, LONDON PRESTON
PROPERTIES, LLC
Document Available (#1064916561) TIFF    PDF

**03-24-2026  [ TEXT ]**

OCIS HAS AUTOMATICALLY ASSIGNED JUDGE BONNER, ANTHONY L. TO THIS CASE.

**03-24-2026  [ ACCOUNT ]**

RECEIPT # 2026-6047393 ON 03/24/2026.
PAYOR: THE DILL LAW FIRM PC TOTAL AMOUNT PAID: $ 258.39.
LINE ITEMS:
CJ-2026-2154: $173.00 ON AC01 CLERK FEES.
CJ-2026-2154: $6.00 ON AC23 LAW LIBRARY FEE CIVIL AND CRIMINAL.
CJ-2026-2154: $2.16 ON AC31 COURT CLERK REVOLVING FUND.
CJ-2026-2154: $10.00 ON AC58 OKLAHOMA COURT APPOINTED SPECIAL ADVOCATES.
CJ-2026-2154: $1.55 ON AC59 COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND.
CJ-2026-2154: $7.00 ON AC64 DISPUTE MEDIATION FEES CIVIL ONLY.
CJ-2026-2154: $0.45 ON AC65 STATE JUDICIAL REVOLVING FUND, INTERPRETER SVCS.
CJ-2026-2154: $3.23 ON AC67 DISTRICT COURT REVOLVING FUND.
CJ-2026-2154: $25.00 ON AC79 OCIS REVOLVING FUND.
CJ-2026-2154: $10.00 ON AC81 LENGTHY TRIAL FUND.
CJ-2026-2154: $10.00 ON AC88 SHERIFF'S SERVICE FEE FOR COURT HOUSE SECURITY.
CJ-2026-2154: $10.00 ON AC89 COURT CLERK'S RECORDS MANAGEMENT AND PRESERVATION FEE.

**03-27-2026  [ SMS ]**

AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
Document Available (#1065115045) TIFF    PDF